Deverie Christensen, Bar No. 6596
christensend@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
*Attorneys for Defendant*
*Harrah's Las Vegas, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KARLA K. KWIST, an individual;<br><br>Plaintiff,<br><br>v.<br><br>HARRAH'S LAS VEGAS, LLC, a Nevada limited liability company; DOES 1 through 10 inclusive; ROE CORPORATIONS/ENTITIES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 2:16-cv-00095-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT ( First Request)** |

Defendant Harrah's Las Vegas, LLC ("Defendant"), by and through its counsel of record, Jackson Lewis P.C., and Plaintiff Karla K. Kwist ("Plaintiff"), by and through her counsel of record, The Thater Law Group, P.C., hereby stipulate and agree to extend the time for Defendant to file a responsive pleading to Plaintiff's amended complaint for one week, up to and including May 31, 2016.

JACKSON LEWIS P.C.
LAS VEGAS

This stipulation and order is sought in good faith and not for the purpose of delay.  This is the first request for an extension of time to file an answer to the amended complaint.

Dated this 24th day of May, 2016.

| THE THATER LAW GROUP, P.C. | JACKSON LEWIS P.C. |
|---|---|
| */s/ M. Lani Esteban-Trinidad*<br>M. Lani Esteban-Trinidad, Esq., Bar #6967<br>6390 W. Cheyenne Ave., Ste. A<br>Las Vegas, Nevada 89108<br>*Attorney for Plaintiff* | */s/ Deverie J. Christensen*<br>Deverie J. Christensen, Bar No. 6596<br>3800 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED _____May 27_____, 2016.

_____
U.S. District/Magistrate Judge

4846-5826-5906, v. 1