Deverie Christensen, Bar No. 6596
christensend@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
*Attorneys for Defendant*
*Harrah's Las Vegas, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KARLA K. KWIST, an individual;<br><br>Plaintiff,<br><br>v.<br><br>HARRAH'S LAS VEGAS, LLC, a Nevada limited liability company; DOES 1 through 10 inclusive; ROE CORPORATIONS/ENTITIES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 2:16-cv-00095-JCM-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION SESSION SCHEDULED FOR AUGUST 23, 2016**<br>**(First Request)** |

Defendant Harrah's Las Vegas, LLC ("Defendant"), by and through its counsel of record, Jackson Lewis P.C., and Plaintiff Karla K. Kwist ("Plaintiff"), by and through her counsel of record, The Thater Law Group, P.C., do hereby stipulate and agree to continue the Early Neutral Evaluation ("ENE") currently scheduled for August 23, 2016.

Plaintiff is currently represented by Lani Esteban-Trinidad, but is in the process of substituting in new counsel, Richard Segerblom. Plaintiff's current counsel, Defendant's counsel, and Mr. Segerblom communicated today, August 22, 2016, via telephone, and subsequently the parties agreed that in order to have a meaningful settlement discussion at the ENE Conference, it would be best to continue the ENE until after Mr. Segerblom substitutes into the case as Plaintiff's new counsel and can participate in the ENE conference. Accordingly, Plaintiff and Defendant have agreed to stipulate to continue the ENE to the Court's next available date.

IT IS STIPULATED AND AGREED to continue the ENE currently scheduled on August 23, 2016, to the Court's next available date.  The parties have already submitted Early Neutral Evaluation Statements.

This stipulation and order is sought in good faith and not for the purpose of delay.  This is the first request to continue the Early Neutral Evaluation Conference.

Dated this 22nd day of August, 2016.

| THE THATER LAW GROUP, P.C. | JACKSON LEWIS P.C. |
|---|---|
| */s/ M. Lani Esteban-Trinidad* | */s/ Deverie J. Christensen* |
| M. Lani Esteban-Trinidad, Esq., Bar #6967 | Deverie J. Christensen, Bar No. 6596 |
| 6390 W. Cheyenne Ave., Ste. A | 3800 Howard Hughes Parkway, Suite 600 |
| Las Vegas, Nevada 89108 | Las Vegas, Nevada 89169 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

## **ORDER**

IT IS HEREBY ORDERED that the Early Neutral Evaluation Conference scheduled on August 23, 2016, is continued to the following date and time:

Friday, September 30, 2016, at 9:00 a.m.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

4826-0574-9047, v. 1