Deverie Christensen, Bar No. 6596
christensend@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
*Attorneys for Defendant*
*Harrah's Las Vegas, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KARLA K. KWIST, an individual;<br><br>Plaintiff,<br><br>v.<br><br>HARRAH'S LAS VEGAS, LLC, a Nevada limited liability company; DOES 1 through 10 inclusive; ROE CORPORATIONS/ENTITIES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 2:16-cv-00095-JCM-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and respective counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 17th day of April, 2017.

| RICHARD SEGERBLOM, ESQ. | JACKSON LEWIS P.C. |
|---|---|
| */s/ Richard Segerblom*<br>Richard Segerblom, Esq., Bar #1010<br>700 S. 3rd Street<br>Las Vegas, Nevada 89101<br>*Attorney for Plaintiff* | */s/ Deverie Christensen*<br>Deverie J. Christensen, Bar #6596<br>Phillip L. Thompson, Bar #12114<br>3800 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>*Attorney for Defendant*<br>*Harrah's Las Vegas, LLC* |

## ORDER

IT IS SO ORDERED that the above-entitled case is hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs

Dated April 19, 2017.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

4816-5964-0646, v. 1